UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fredrick Faust, individually and on behalf of all those similarly situated, | **JUDGMENT** |
| Plaintiff, | Docket No: 1:18-cv-04647-ARR-RLM |
| -against- | |
| William A. Hecht, P.C., | |
| Defendant. | |

Defendant, William A. Hecht, P.C. having offered judgment against itself pursuant to FRCP 68 in the sum of $1,000.00 plus costs of $455.00 and attorney's fees in an amount to be set by the court, and Plaintiff having accepted said offer of judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff Fredrick Faust, individually and on behalf of all those similarly situated recover from Defendant William A. Hecht, P.C. the principal amount of $1,000.00, costs of $455.00, and attorney's fees in an amount to be set by the court; and that this case is closed.

Dated: Brooklyn, New York
　　　　April 12, 2019

　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. PALMER
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　 /s/Jalitza Poveda
　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk